# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.0.11.245 | Verizon Online | 2011-05-18 09:11:48 AM |
| 108.0.134.144 | Verizon Online | 2011-05-08 02:22:13 PM |
| 108.0.218.138 | Verizon Online | 2011-05-03 06:03:05 AM |
| 204.195.68.253 | Wave Broadband | 2011-05-18 01:52:56 PM |
| 24.130.59.31 | Comcast Cable Communications | 2011-05-03 09:32:09 PM |
| 24.23.162.36 | Comcast Cable Communications | 2011-05-12 11:17:15 AM |
| 24.24.231.127 | Road Runner HoldCo | 2011-05-06 09:43:47 AM |
| 24.30.173.132 | Road Runner HoldCo | 2011-05-07 08:42:13 PM |
| 24.4.129.210 | Comcast Cable Communications | 2011-05-04 08:30:59 AM |
| 24.6.184.34 | Comcast Cable Communications | 2011-05-04 10:28:55 PM |
| 24.6.228.38 | Comcast Cable Communications | 2011-05-09 09:47:17 AM |
| 24.6.96.128 | Comcast Cable Communications | 2011-05-03 04:30:32 AM |
| 24.7.22.75 | Comcast Cable Communications | 2011-05-20 02:39:05 AM |
| 66.215.72.31 | Charter Communications | 2011-05-04 10:28:55 PM |
| 66.74.160.153 | Road Runner HoldCo | 2011-05-04 11:36:34 AM |
| 67.169.40.78 | Comcast Cable Communications | 2011-05-19 05:13:54 AM |
| 67.172.180.198 | Comcast Cable Communications | 2011-05-04 10:37:02 AM |
| 67.174.149.90 | Comcast Cable Communications | 2011-05-03 12:16:25 AM |
| 67.188.2.72 | Comcast Cable Communications | 2011-05-22 05:09:06 AM |
| 68.4.69.154 | Cox Communications | 2011-05-13 09:19:49 PM |
| 68.5.103.212 | Cox Communications | 2011-05-03 03:07:30 AM |
| 68.6.88.33 | Cox Communications | 2011-05-04 02:07:18 AM |
| 68.8.205.68 | Cox Communications | 2011-05-09 08:00:44 AM |
| 69.181.117.248 | Comcast Cable Communications | 2011-05-24 08:33:37 AM |
| 69.181.183.165 | Comcast Cable Communications | 2011-05-17 05:39:30 AM |
| 70.181.216.74 | Cox Communications | 2011-05-03 10:59:42 PM |
| 70.36.142.109 | Sonic Telecom | 2011-05-03 07:28:07 AM |
| 71.202.29.230 | Comcast Cable Communications | 2011-05-20 06:00:11 AM |
| 71.84.44.64 | Charter Communications | 2011-05-15 05:16:37 PM |
| 72.220.13.212 | Cox Communications | 2011-05-13 03:11:05 PM |
| 75.36.52.8 | AT&T Internet Services | 2011-05-12 04:46:24 PM |
| 75.36.56.122 | AT&T Internet Services | 2011-05-21 10:46:23 PM |
| 75.36.57.30 | AT&T Internet Services | 2011-05-16 03:55:05 PM |
| 75.37.163.218 | AT&T Internet Services | 2011-05-23 02:51:12 PM |
| 75.42.169.179 | AT&T Internet Services | 2011-05-16 02:06:46 AM |
| 75.48.12.29 | AT&T Internet Services | 2011-05-07 08:56:13 PM |
| 76.14.64.170 | Wave Broadband | 2011-05-05 10:16:16 AM |
| 76.167.240.225 | Road Runner HoldCo | 2011-05-04 05:13:24 AM |
| 76.169.71.2 | Road Runner HoldCo | 2011-05-05 03:58:06 AM |
| 76.171.101.93 | Road Runner HoldCo | 2011-05-03 03:07:30 AM |
| 76.172.177.101 | Road Runner HoldCo | 2011-05-23 01:01:10 AM |
| 76.172.6.55 | Road Runner HoldCo | 2011-05-09 08:00:44 AM |
| 76.254.63.232 | AT&T Internet Services | 2011-05-19 10:22:45 AM |
| 76.89.197.117 | Road Runner HoldCo | 2011-05-18 07:56:47 AM |
| 76.91.26.16 | Road Runner HoldCo | 2011-05-03 06:03:05 AM |
| 76.91.28.142 | Road Runner HoldCo | 2011-05-03 08:53:41 AM |

| IP Address | ISP | Date/Time |
|---|---|---|
| 98.149.167.222 | Road Runner HoldCo | 2011-05-06 06:16:34 PM |
| 98.151.15.86 | Road Runner HoldCo | 2011-05-04 11:36:34 AM |
| 98.154.12.27 | Road Runner HoldCo | 2011-05-03 10:18:44 PM |
| 98.191.156.172 | Cox Communications | 2011-05-18 05:15:02 PM |
| 98.210.16.143 | Comcast Cable Communications | 2011-05-03 10:25:42 AM |
| 98.248.126.210 | Comcast Cable Communications | 2011-05-04 01:10:37 PM |
| 99.0.6.40 | AT&T Internet Services | 2011-05-07 11:29:18 PM |
| 99.186.41.105 | AT&T Internet Services | 2011-05-04 11:04:35 AM |
| 99.27.129.106 | AT&T Internet Services | 2011-05-18 03:46:00 PM |
| 99.30.229.208 | AT&T Internet Services | 2011-05-08 02:07:22 AM |
| 99.33.28.60 | AT&T Internet Services | 2011-05-17 06:01:31 AM |
| 99.6.40.35 | AT&T Internet Services | 2011-05-05 10:16:15 AM |